UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WATSON LABORATORIES, INC., | Case No: 3:10-cv-115-LRH-VPC |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| TEVA WOMEN'S HEALTH, INC., f/k/a DURAMED PHARMACEUTICALS, INC., | ORDER |
| Defendant. | |

Plaintiff Watson Laboratories, Inc. ("Watson") and defendant Teva Women's Health, Inc., f/k/a Duramed Pharmaceuticals, Inc. ("Teva") stipulate to extend the time for Teva to respond to Watson's Complaint (#1) from March 22, 2010 until April 1, 2010. Watson filed the complaint on February 25, 2010.

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

This is the first requested extension of this deadline and is made to allow Teva sufficient time to prepare its response to the Complaint.

| WATSON ROUNDS | MORRIS PETERSON |
|---|---|
| By /s/ Michael D. Rounds<br>Michael D. Rounds, No. 4734<br>Ryan E. Johnson, No. 9070<br>5371 Kietzke Lane<br>Reno, Nevada 89511 | By /s/ Robert R. McCoy<br>Robert R. McCoy, No. 9121<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff Watson Laboratories, Inc. | Attorneys for Defendant Teva Women's Health, Inc., f/k/a Duramed Pharmaceuticals, Inc. |

## ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2